E-filing

FILED
2007 AUG -3 AM 9:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: bryan.whittaker@usdoj.gov
8
   Attorneys for the United States
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-70432 WDB |
| Plaintiff, | |
| v. | NOTICE PURSUANT TO FED. R. CRIM. P. 5 |
| BENJAMIN GARRISON CLAYTON, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 2, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment
☐ Information
■ Criminal Complaint
☐ Other (describe) _____

pending in the Western District of Texas, Case Number EP:07-M-2661 MC.

In that case, the defendant is charged with a violation of Title 18, United States Code, Section 2119, Unlawful Taking of Motor Vehicles/"Carjacking."

1  Description of Charges: On May 14, 2007, the defendant and another individual displayed a handgun and demanded the female victim's car keys at which time the victim provided the keys to the carjackers. One of the defendant's ordered the victim to walk away and in the process of fleeing the victim injured her leg.

PENALTY:

COUNT ONE: 18 U.S.C. § 2119 – Unlawful Taking of Motor Vehicles/"Carjacking.":

   1) 15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment;

   2) if serious bodily injury – 25 years imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment;

   3) if death results – life imprisonment or sentenced to death; $250,000 fine; 5 years supervised release; $100 special assessment;

Date: August 3, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

BRYAN R WHITTAKER
Special Assistant U.S. Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF TEXAS

**FILED**
JUN 0 4 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
BENJAMIN GARRISON CLAYTON

## WARRANT FOR ARREST

CASE NUMBER: EP:07-M-2661MC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BENJAMIN GARRISON CLAYTON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Carjacking

in violation of Title __18__ United States Code, Section(s) __2119__

Michael McDonald
Name of Issuing Officer

_Signature of issuing officer_

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

June 4, 2007   El Paso, Texas
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# United States District Court

**Western** DISTRICT OF **Texas**

FILED
JUN 0 4 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

BENJAMIN GARRISON CLAYTON

**CRIMINAL COMPLAINT**

CASE NUMBER: EP:07-M-2661 MC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2007** in **El Paso** county, in the **Western** District of **Texas** defendant did, (Track Statutory Language of Offense)

with the intent to cause death or serious bodily harm take a motor vehicle, to wit, a 1999 Pontiac Grand Am GT 2, bearing Texas License Plate 191-PCC, which has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation.

in violation of Title **18** United States Code, Section(s) **2119**

I further state that I am a(n) **Special Agent, FBI** and that this complaint is based on the following facts:

See attached affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Craig E. Greene
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

Date: **June 4, 2007**     at     **El Paso, Texas**
City and State

Michael McDonald, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## PROBABLE CAUSE STATEMENT

1.  I, Craig E. Greene, hereinafter referred to as the Complainant, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and assigned to investigate violations of Federal Criminal Law, to include Title 18 United States Code, Section 2119, Carjacking.

2.  The information contained herein is based upon interviews conducted by El Paso Police Department (EPPD) Detectives and latent fingerprint examinations conducted by the EPPD.

3.  On May 14, 2007, at approximately 11:15 p.m., two unknown males approached a female as she was parking her vehicle, a 1999 Pontiac Grand Am, bearing Texas License Plate 191-PCC, at 1431 Miracle Way, El Paso, Texas. One of the unknown males displayed a handgun and demanded the female victim's car keys at which time the victim complied and provided the car keys to the carjackers. One of the unknown males then ordered the victim to turn around and walk away. The victim proceeded to flee the scene at which time she injured her leg. The female victim with assistance from an apartment complex resident in the area called 911 for the police. The female victim was subsequently treated at Del Sol Hospital for the injury to her leg.

4.  On May 25, 2007, EPPD recovered the stolen Pontiac Grand Am in the vicinity of 11355 Montwood, El Paso, Texas. The vehicle was taken to a police garage/processing bay where the vehicle was processed for evidence. The process revealed six latent prints taken from the vehicle. On May 25, 2007, the latent prints were submitted to EPPD Latent Fingerprint Examiner, Bruce Orndorf, a thirty-six year EPPD employee who has served twenty-six years in the EPPD Latent Print Section. Orndorf determined that two of the six latent prints revealed latent fingerprints of evidentiary value. The two latent fingerprints of evidentiary value were entered into the Automated Fingerprint Identification System (AFIS) for a search of possible fingerprint matches. Orndorf compared the two latent fingerprints with possible matches from the AFIS search and positively identified both of the latent fingerprints lifts from the vehicle as belonging to Benjamin Garrison Clayton, EPPD# 368251.

5.  An interview with the female victim revealed that she had no contact with a Benjamin Clayton and there would be no reason for Clayton to be in or around her vehicle. The stolen Pontiac Grand Am was transported in interstate and foreign commerce on October 28, 2006 as identified by a vehicle license plate crossing match into the United States from Mexico. The stolen Pontiac Grand Am was manufactured at a plant in Lansing, Michigan and originally shipped to Jim Schafer Motors, Sebewaing, Michigan. The stolen Pontiac Grand Am was issued title in Texas on September 5, 2006

6. Based upon the above information, the Complainant has probable cause to believe that on May 14, 2007, Benjamin Garrison Clayton, did, with the intent to cause death or serious bodily harm take a motor vehicle, to wit, a 1999 Pontiac Grand Am GT 2, bearing Texas License Plate 191-PCC, which has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation in violation of Title 18, United States Code, Section 2119, Carjacking.