**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 7, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re:  United States v. Benjamin Garrison Clayton, CR 07-70462-WDB**

Dear Judge Brazil:

    I write to inform the court that the parties intend to proceed with an identity hearing tomorrow August 8, 2007 at 10:00 a.m.  Mr. Clayton will waive time on his bail hearing, so that issue will not be litigated tomorrow.  Please do not hesitate to contact me for any reason.

        Very truly yours,

        BARRY J. PORTMAN
        Federal Public Defender


        /S/
        JOHN PAUL REICHMUTH
        Assistant Federal Public Defender

cc:    Maureen Bessette, AUSA
        Tai Gaskins, US PSA