| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) <br> United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)) <br> Chief, Criminal Division |
| 4 | SUSAN E. BADGER (CABN 124365) <br> Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102-3495 <br> Telephone: (415) 436-7199 |
| 7 | FAX: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

FILED
2007 AUG 15 PM 2: 04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A-07-70462 WDB |
| | ) | EP 07 2661 MC (W.D. Texas) |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| v. | ) | RELEASE DEFENDANT FROM U.S. |
| BENJAMIN GARRISON CLAYTON, | ) | MARSHAL'S CUSTODY AND |
| | ) | [PROPOSED] ORDER |
| Defendant. | ) | |
| | ) | |

Based on the fact that the outstanding complaint against the defendant BENJAMIN GARRISON CLAYTON has been dismissed by the United States District Court, Western District of Texas, in case number EP 07 2661 MC, the United States hereby moves for an order from this Court ordering that the United States Marshal release the defendant from custody at the

///
///
///
///

GOVT'S MOT. TO RELEASE DEF.
& [PROP.] ORDER
[       (N.D. Cal.); EP 07 2661 MC (W.D. Texas)]

1 | earliest possible date and time. A copy of the dismissal order from the Western District of Texas
2 | is attached.

4 | DATE: August 15, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

*/s/ Susan Badger*

SUSAN E. BADGER
Assistant United States Attorney

Upon the motion of the United States and good cause appearing, IT IS HEREBY ORDERED THAT the United States Marshal release defendant BENJAMIN GARRISON CLAYTON, currently being held in pre-trial custody in the above-captioned cases, from custody at the earliest possible date and time.

IT IS SO ORDERED.

Dated: 8/15/07

_____
JOSEPH C. SPERO
United States Magistrate Judge

GOVT'S MOT. TO RELEASE DEF.
& [PROP.] ORDER
[           (N.D. Cal.); EP 07 2661 MC (W.D. Texas)]

FILED
AUG 15 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

RECEIVED
AUG 14 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) NO. EP-07-2661-MC
)
BENJAMIN GARRISON CLAYTON )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Complaint against Defendant **BENJAMIN GARRISON CLAYTON**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
DEBRA KANOF
Assistant U.S. Attorney
Texas Bar # 11093600
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 15, 2007