UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

2008 FEB 20  AM 9: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
510.637.3530

CASE NUMBER:   4-07-70462-WDB

CASE TITLE:    US-v-Benjamin Garrison Clayton

### RECEIPT

I acknowledge receipt of the following exhibits in the above case:

Plaintiff's Identity Hearing exhibits: #1, 5 - paper documents

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Kathleen Turner*
Signature

*Kathleen Turner*
NAME (Print)

Counsel for: _____USA_____
Name of Plaintiff/Defendant

Name of Counsel: ___Bryan R. Whittaker, AUSA___
            (Print)